# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NMSBPCSLDHB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00096-NODJ-SAB<br><br>ORDER GRANTING MATTHEW HANDLER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 6) |

The Court has read and considered the application of Matthew Handler, attorney for Defendant, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 6.) Having reviewed the application, Matthew Handler's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **January 25, 2024**　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1