1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| NMSBPCSLDHB,<br><br>       Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC,<br><br>       Defendant. | Case No.  1:24-cv-00096-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY ANDREW S. PAULY AND DIRECTING CLERK OF COURT TO TERMINATE ANDREW S. PAULY AS ATTORNEY OF RECORD<br><br>(ECF No. 22) |

11
12
13
14
15
16
17

18    On October 8, 2025, a request to be removed from courtesy electronic notification was

19 filed by Andrew S. Pauly.  (ECF No. 22.)  Attorney Pauly is a member of the law firm

20 representing Plaintiff NMSBPCSLDHB; however, he is not acting as counsel for this matter.

21 (Id.)  The Court finds that Richard Giles Stoll at Shoreline A Law Corporation will continue to

22 serve as counsel of record for Plaintiff.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1

1    Accordingly, IT IS HEREBY ORDERED that the request to be removed from courtesy

2    electronic notification is GRANTED and the Clerk of the Court is DIRECTED to terminate

3    Andrew S. Pauly as counsel of record for NMSBPCSLDHB.

4

5    IT IS SO ORDERED.

6    Dated:   **October 9, 2025**

      STANLEY A. BOONE
7     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2